amounts hereinafter prayed for.

    WHEREFORE, Plaintiff prays for judgment against Defendant as follow:

    1. As to Plaintiff First Claim:

The principal amount of $12,791.73, plus interest accrued from the default to JULY 25,2016, in the sum of $10,328.55 with further interest at 9% per annum accruing at $3.15 per day until entry of judgment; with interest thereafter at the legal rate plus penalties/administrative charges of $0.00.

    2.And upon all claims;

    A. For cost incurred.

    B. For a surcharge of ten percent of the amount of the debt owed pursuant to 28 U.S.C. Section 3011, or attorneys fees.

    C. For such other and further relief as to the Court seems just.

DATED:   JULY 7,2016                    GOLDSMITH & HULL, A P.C.

                                              /S/ Michael L. Goldasmith
                                              Michael L. Goldsmith
                                              Attorneys for Plaintiff